IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMEEKA MELTON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 20-3984 |
| KILOLO KIJAKAZI,[1] | : | |
| ACTING COMMISSIONER OF THE | : | |
| SOCIAL SECURITY ADMINISTRATION, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 4th day of November, 2022, following upon consideration of Plaintiff's Motion for Summary Judgment and accompanying Brief and Statement of Issues in Support of Request for Review (Doc. 19), Defendant's Response to Request for Review (Doc. 20), and Plaintiff's Reply Brief (Doc. 23), and for the reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Plaintiff's motion for summary judgment (Doc. 19) is **DENIED**;

2. The final decision of the Commissioner denying disability benefits is **AFFIRMED**; and

3. The Clerk of Court is to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as Defendant. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).